# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **ADRIANA MARIA QUIROZ ZAPATA, BY AND THROUGH HER NEXT FRIEND MONICA VANHOUSEN AND COUNSEL OF RECORD,** | § § § § § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| **MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE; MARTIN SARELLANO JR, IN HIS OFFICIAL CAPACITY AS ASSISTANT FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE; DANIEL SUBIA, IN HIS OFFICIAL CAPACITY AS ACTING DEPUTY FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE; MARISA A. FLORES, IN HER OFFICIAL CAPACITY AS DEPUTY FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE; ERICA ESTRADA, IN HER OFFICIAL CAPACITY AS SUPERVISORY DETENTION AND DEPORTATION OFFICER, ICE EL PASO FIELD OFFICE; ADRIANA R. NICHOLAS, IN THEIR OFFICIAL CAPACITIES AS** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **No.  3:26-CV-01267-LS** |

**DEPORTATION OFFICERS, ICE EL**  §
**PASO FIELD OFFICE; RANDY**  §
**NAJERA, IN THEIR OFFICIAL**  §
**CAPACITIES AS DEPORTATION**  §
**OFFICERS, ICE EL PASO FIELD**  §
**OFFICE; I. MARQUEZ-BADILLO, IN**  §
**THEIR OFFICIAL CAPACITIES AS**  §
**DEPORTATION OFFICERS, ICE EL**  §
**PASO FIELD OFFICE; U.S.**  §
**DEPARTMENT OF HOMELAND**  §
**SECURITY, U.S. IMMIGRATION AND**  §
**CUSTOMS ENFORCEMENT,**  §
 §
   *Defendants.*  §

## ORDER DISMISSING CASE

Upon consideration of Plaintiff's Notice of Voluntary Dismissal,[1] the Court dismisses this

action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 6, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 4.

2