# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ADRIANA MARIA QUIROZ ZAPATA, BY AND THROUGH HER NEXT FRIEND MONICA VANHOUSEN AND COUNSEL OF RECORD,** | § | |
| ***Plaintiff*,** | § | |
| **v.** | § | |
| **MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE; MARTIN SARELLANO JR, IN HIS OFFICIAL CAPACITY AS ASSISTANT FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE; DANIEL SUBIA, IN HIS OFFICIAL CAPACITY AS ACTING DEPUTY FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE; MARISA A. FLORES, IN HER OFFICIAL CAPACITY AS DEPUTY FIELD OFFICE DIRECTOR, ICE EL PASO FIELD OFFICE; ERICA ESTRADA, IN HER OFFICIAL CAPACITY AS SUPERVISORY DETENTION AND DEPORTATION OFFICER, ICE EL PASO FIELD OFFICE; ADRIANA R. NICHOLAS, IN THEIR OFFICIAL CAPACITIES AS** | § | **No. 3:26-CV-01267-LS** |

| | |
|---|---|
| **DEPORTATION OFFICERS, ICE EL PASO FIELD OFFICE; RANDY NAJERA, IN THEIR OFFICIAL CAPACITIES AS DEPORTATION OFFICERS, ICE EL PASO FIELD OFFICE; I. MARQUEZ-BADILLO, IN THEIR OFFICIAL CAPACITIES AS DEPORTATION OFFICERS, ICE EL PASO FIELD OFFICE; U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** | § § § § § § § § § § § § |
| | § |
| ***Defendants*.** | § |

**FINAL JUDGMENT**

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 6, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**